NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
ROSS M. CUFF
Assistant United States Attorney
California State Bar No. 275093
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.7388 | F: 213.894.7819
    Email: ross.cuff@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRUCE GARDNER,<br><br>    Plaintiffs,<br><br>    v.<br><br>PROOVE BIOSCIENCES, INC., a Delaware corporation,<br><br>    Defendant. | No. CV15-9158-MWF (SSx)<br><br>UNITED STATES' CONSENT TO DISMISSAL OF ACTION WITHOUT PREJUDICE<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE] |

# CONSENT OF THE UNITED STATES OF AMERICA
# TO DISMISSAL OF ACTION WITHOUT PREJUDICE

In the interests of justice and pursuant to 31 U.S.C. § 3730(b) (1), the Attorney General of the United States of America, through the undersigned attorney, hereby consents to the dismissal of this action without prejudice, in its entirety, as previously requested by *qui tam* plaintiff Bruce Gardner (Dkt. 56).

DATED:  August 29, 2020

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section

*/s/ Ross M. Cuff*
ROSS M. CUFF
Assistant United States Attorney
Attorneys for the United States of America