1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA *ex rel.* BRUCE GARDNER, | No. CV15-9158-MWF (SSx) |
|---|---|
| Plaintiffs, | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| PROOVE BIOSCIENCES, INC., a Delaware corporation, | |
| Defendant. | |

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

*Qui tam* plaintiff Bruce Gardner having requested, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the above-captioned action ("this action") be dismissed without prejudice; and the United States of America having consented, in the interests of justice and pursuant to 31 U.S.C. § 3730(b)(1), to such dismissal without prejudice:

IT IS HEREBY ORDERED THAT this action is dismissed without prejudice, in its entirety and as to all the defendants.

Dated:  August 31, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE